**SWANSON O'DELL, APC.**
**Jeremy D. Swanson, Esq., SBN 220644**
**Seth N. O'Dell, Esq., SBN 220424**
**330 H Street, Suite 2**
**Bakersfield, CA 93304**
**Phone (661) 326-1611**
**Fax (661) 326-1910**

**Attorney for Plaintiff, John Michael DeFrenza**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN MICHAEL DEFRENZA,** <br><br> **Plaintiff,** <br> **v.** <br><br> **PROGRESSIVE EXPRESS INSURANCE COMPANY, an Ohio Corporation doing business in California as Progressive Express Insurance Company, DOES 1 to 10 inclusive, and Roe Corporations, 11 to 25, inclusive,** <br><br> **Defendant.** | **Case No. 1:16-CV-00736-AWI-JLT** <br><br> **[PROPOSED] ORDER TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT HEARING DATE ONE WEEK** |

Having considered the Stipulation regarding the agreement to continue the Motion for Summary Judgment from August 21, 2017 to August 28, 2017, the Court hereby orders that Motion for Summary Judgment is continued to August 28, 2017 at 1:30 p.m., in Courtroom 2, 8th Floor.

FURTHER, the agreement to allow Plaintiff to file his Opposition to the Motion for Summary Judgment is extended to August 14, 2017; and

**STIPULATION TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT HEARING DATE ONE WEEK**
Page 1

1     Defendants reply to the Opposition to the Motion for Summary Judgment is to be filed by

2 August 21, 2017.

3

4 IT IS SO ORDERED.

5 Dated:   August 9, 2017                                                 
                                        SENIOR DISTRICT JUDGE