**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MICHAEL DEFRENZA, | CASE NO. 1:16-CV-00736-AWI-JLT |
| Plaintiff, | **ORDER VACATING PRE-TRIAL CONFERENCE AND PRE-TRIAL STATEMENT DEADLINE** |
| vs. | |
| PROGRESSIVE EXPRESS INSURANCE COMPANY, | |
| Defendants. | |

The Court, having considered the Stipulation of the parties, hereby vacates the pre-trial conference date. The parties are not required to submit a joint pre-trial statement by the previously set deadline. If necessary, the Court will set a pre-trial hearing date for approximately twenty one days after the resolution of Progressive Express Insurance Company's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: November 9, 2017  
_____  
SENIOR DISTRICT JUDGE

- 1 -