# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL DEFRENZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE EXPRESS INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00736 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 31) |

The parties have alerted the Court that they are finalizing the settlement of this matter. (Doc. 30) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than March 16, 2018**</u>;
2. All pending dates, conferences and hearings, including the pretrial conference and trial, are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

　　Dated: __**February 12, 2018**__　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE