# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL DEFRENZA,<br><br>    Plaintiff,<br><br>    v.<br><br>PROGRESSIVE EXPRESS INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 1:16-cv-00736 AWI JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 34) |

The parties have stipulated to dismiss the action with prejudice. (Doc. 34) Federal Rules of Civil Procedure 41 permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

   Dated:   **February 15, 2018**              **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE